UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>ESPERION THERAPEUTICS, INC., J. MARTIN CARROLL, SHELDON KOENIG, SETH H.Z. FISCHER, ROBERT E. HOFFMAN, STEPHEN ROCAMBOLI, JAY SHEPARD, CRAIG THOMPSON, and TRACEY M. WOODY<br><br>Defendants. | Case No. 26-cv-6915<br><br>Hon. Matthew F. Kennelly |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

THE PLAINTIFF, James Anderson, by counsel, Ademi LLP hereby gives notice pursuant to Fed. R. Civ. P. 41(a)(1) that this action is dismissed without prejudice.

Dated: July 2, 2026

**ADEMI LLP**

By: */s/ John D. Blythin*
John D. Blythin (IL ARDC 6281648)
3620 East Layton Avenue
Cudahy, WI 53110
Tel. 414-482-8000
Fax 414-482-8001
jblythin@ademilaw.com

*Attorneys for Plaintiff*